

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00422-CV

**QUANTA BUILDING GROUP, LLC** and Alex Valladares,
Appellants

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05052
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED. It is ORDERED that costs of appeal are assessed against appellants, Quanta Building Group, LLC and Alex Valladares.

SIGNED April 6, 2022.

_____
Irene Rios, Justice